IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN THE MATTER OF THE CRIMINAL COMPLAINT OF:

Maria De ABERNETHY a/k/a "Rosy MALDONADO" David MALDONADO, Pedro MALDONADO, Juan DIAZ-Herrera, Brian MALDONADO-Reyes, Miguel and IBARRA-Espinoza

3:14MJ226

## ORDER SEALING ARREST WARRANTS, CRIMINAL COMPLAINT, AND AFFIDAVIT

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, Arrest Warrants and Affidavit, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Arrest Warrants and Affidavit, and the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 30th day of October, 2014.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE