CHARLOTTE, NC

FILED
CHARLOTTE, NC

NOV -4 2014

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:14-mj-00226 |
| ) | |
| v. ) | **ORDER TO UNSEAL CRIMINAL COMPLAINT** |
| ) | |
| DAVID MALDONADO-RENDON ET AL. ) | |

UPON MOTION of the United States of America, by and through **Anne M. Tompkins** United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Criminal Complaint in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

This the 4th day of **November, 2014**.

_____
UNITED STATES MAGISTRATE JUDGE